Civil Action No. 1:19-cv-07350-JMF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lenovo (United States) Inc.

was received by me on *(date)*   08/07/2019   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Kamesha James   , who is

designated by law to accept service of process on behalf of *(name of organization)*   The Corp Trust Company

Agent for Lenovo (United States) Inc.   on *(date)*   08/07/2019   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   08/07/2019   _____
*Server's signature*

Adam Golden
_____
*Printed name and title*

DM Professional Services
501 Silverside Rd, Ste 72
Wilmington DE 19809
_____
*Server's address*

Additional information regarding attempted service, etc:
served at 1209 Orange St, Wilmington DE 19801 @ 2:35pm
Summons, Complaint, Civil Cover Sheet